# CIVIL COVER SHEET

The civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.)

**JUDGE LEFKOW**
**MAGISTRATE JUDGE BROWN**
**PH**

**(a) PLAINTIFFS**
COMERICA BANK

**DEFENDANTS**
HUMIDORS BY AROL, LTD. a/k/a KITCHEN DOCTORS, LTD., ARTHUR W. KRAFT II, and CAROL A. KRAFT

**(b)** County of Residence of First Listed Plaintiff: DALLAS
(EXCEPT IN U.S. PLAINTIFF CASES)

County of Residence of First Listed Defendant: KANE
(IN U.S. PLAINTIFF CASES ONLY)
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE LAND INVOLVED.

**(c)** Attorney's (Firm Name, Address, and Telephone Number)
Kurt M. Carlson, Tishler & Wald, Ltd.
200 S. Wacker Drive, Suite 3000
Chicago, IL 60606

Attorneys (If Known)

## II. BASIS OF JURISDICTION
[X] 4 Diversity

## III. CITIZENSHIP OF PRINCIPAL PARTIES
Citizen of This State: PTF [ ] 1  DEF [X] 1
Citizen of Another State: PTF [X] 2  DEF [ ] 2

## IV. NATURE OF SUIT
[X] 190 Other Contract

## V. ORIGIN
[X] 1 Original Proceeding

## VI. CAUSE OF ACTION
Breach of Promissory Note and Commercial Guarantees

## VIII. REQUESTED IN COMPLAINT:
DEMAND $ 121,301.87 plus interest, costs and attorneys' fees
JURY DEMAND: [X] No

## IX. This case
[X] is not a refiling of a previously dismissed action.

DATE: 9/2/08

SIGNATURE OF ATTORNEY OF RECORD: /s/ Kurt M. Carlson