**U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS**
**ATTORNEY APPEARANCE FORM**

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

| In the Matter of | Case Number: |
|---|---|
| COMERICA BANK | FILED: SEPTEMBER 2, 2008 |
| | 08CV4996 |
| | JUDGE LEFKOW |
| | MAGISTRATE JUDGE BROWN |

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

HUMIDORS BY AROL, LTD., a/k/a KITCHEN DOCTORS, LTD., ARTHUR W. KRAFT II, and CAROL A. KRAFT      PH

| NAME (Type or print) |
|---|
| KURT M. CARLSON |

| SIGNATURE (Use electronic signature if the appearance form is filed electronically) |
|---|
| s/ Kurt M. Carlson |

| FIRM |
|---|
| TISHLER & WALD, LTD. |

| STREET ADDRESS |
|---|
| 200 S. WACKER DRIVE, SUITE 3000 |

| CITY/STATE/ZIP |
|---|
| CHICAGO, IL 60606 |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) | TELEPHONE NUMBER |
|---|---|
| 06236568 | (312) 876-3800 |

| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ✓ | NO ☐ |
|---|---|---|
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐ | NO ✓ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ✓ | NO ☐ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ✓ | NO ☐ |

IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.

RETAINED COUNSEL ☐     APPOINTED COUNSEL ☐