# United States District Court for the Northern District of Illinois

Case Number: 08CV4996     Assigned/Issued By: DAJ

Judge Name: LEFKOW     Designated Magistrate Judge: BROWN

## FEE INFORMATION

Amount Due:   [✓] $350.00   [ ] $39.00   [ ] $5.00
              [ ] IFP       [ ] No Fee   [ ] Other _____
              [ ] $455.00

Number of Service Copies _____    Date: _____

(For Use by Fiscal Department Only)

Amount Paid: 350.00        Receipt #: 3071241

Date Payment Rec'd: 09/02/08      Fiscal Clerk: DAJ

## ISSUANCES

[✓] Summons                              [ ] Alias Summons

[ ] Third Party Summons                  [ ] Lis Pendens

[ ] Non Wage Garnishment Summons         [ ] Abstract of Judgment

[ ] Wage-Deduction Garnishment Summons   _____
                                         _____
                                         (Victim, Against and $ Amount)

[ ] Citation to Discover Assets

[ ] Writ _____
         (Type of Writ)

<u>6</u> Original and <u>0</u> copies on <u>09/02/08</u> as to <u>HUMIDORS BY AROL</u>
                                         (Date)
(AURORA,IL),(YORKVILLE,IL), ARTHUR KRAFT II (AURORA,IL),(YORKVILLE,IL)

CAROL KRAFT (AURORA,IL),(YORKVILLE,IL).

C:\wpwin80\docket\feeinfo.frm     03/14/05