# U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
## ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

| In the Matter of | Case Number: |
|---|---|
| COMERICA BANK<br>v.<br>HUMIDORS BY AROL, LTD., a/k/a KITCHEN DOCTORS, LTD., ARTHUR W. KRAFT II, and CAROL A. KRAFT | |

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

COMERICA BANK

| | |
|---|---|
| NAME (Type or print)<br>NATALIA K. RZEPKA | |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically)<br>s/ Natalia K. Rzepka | |
| FIRM<br>TISHLER & WALD, LTD. | |
| STREET ADDRESS<br>200 S. WACKER DRIVE, SUITE 3000 | |
| CITY/STATE/ZIP<br>CHICAGO, IL 60606 | |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS)<br>06278368 | TELEPHONE NUMBER<br>(312) 876-3800 |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ☐   NO ☒ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐   NO ☑ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ☐   NO ☑ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ☐   NO ☑ |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.<br>RETAINED COUNSEL ☐   APPOINTED COUNSEL ☐ | |